**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of G.A.A.

Appellate case number:    01-12-01052-CV

Trial court case number:  1105565J

Trial court:              314th District Court of Harris County

This appeal involves the termination of the parent-child relationship. Appellant's brief was due on December 22, 2012. No brief has been filed. Accordingly, appellant's counsel William Thursland is hereby **ORDERED** to file the brief in this appeal **within 10 days of the date of this order.** Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012). The brief is already nearly two weeks overdue. For this reason, **no extensions of time to file the brief will be granted**. *See* TEX. R. APP. P. 38.6(d). If the brief is not filed within 10 days of the date of this order, the appeal will be abated and remanded to the trial court for an immediate determination regarding whether a new attorney should be appointed to represent appellant in this appeal.

It is so ORDERED.

Judge's signature: /s/ Justice Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

Date:  January 11, 2013